**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MUHAMMAD NAUMAN IMAM,<br>KHADIJAH MANSOOR,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>*Defendants*. | ) | Case No. 1:26-mc-25 (LMB/IDD) |

**NOTICE**

Pursuant to this Court's order dated October 23, 2026 (Dkt. 9), Defendants respectfully submit the Declarations of Lauren Colgan, Caige McCabe, and Ashlie Fisch, attached hereto as Exhibits A, B, and C.

Dated: October 26, 2026

Respectfully submitted,

TODD BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

*By*:_________/s/_________
CHRISTIAN J. COOPER
Special Assistant United States Attorney
KIRSTIN O'CONNOR
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3831/3799
Fax: (703) 299-3983
Email: Christian.Cooper@usdoj.gov
Kirstin.O'Connor@usdoj.gov

*Counsel for Defendants*