# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| MUHAMMAD IMAM, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>Defendants. | Case No. 26-MC-00025 |

**Declaration of Ashlie Fisch**

I, Ashlie M. Fisch, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am employed by U.S. Customs and Border Protection (CBP), Laboratories and Scientific Services (LSS) as a Digital Forensic Analyst. As part of my duties, I provide technical assistance to CBP port personnel seeking to conduct border searches of electronic devices.

2. On October 21, 2026, LSS received a laptop computer and iPhone that had been detained at the Washington-Dulles International Airport (IAD) pursuant to CBP's border search authority and sent to LSS for technical assistance. It is my understanding that these devices – the laptop computer and iPhone – belonged to Mr. Muhammad Imam. Upon receiving the devices from CBP IAD personnel, I turned my attention to the iPhone. [redacted]

[redacted] I finished the examination of the iPhone.

3. I then turned my attention to the laptop computer. [redacted]

4. [redacted] I finished the examination of the laptop computer. On October 22, 2026, I returned the laptop computer and the iPhone to IAD personnel. [redacted]

5. [redacted]

Executed this 26th day of October 2026.

ASHLIE M FISCH

Digitally signed by ASHLIE M FISCH
Date: 2026.10.26 16:17:18 -04'00'

Ashlie M. Fisch
Laboratories and Scientific Services
U.S. Customs and Border Protection