**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MUHAMMAD NAUMAN IMAM, KHADIJAH MANSOOR, | ) | |
| *Plaintiffs*, | ) | Case No. 1:26-mc-25 (LMB/IDD) |
| v. | ) | |
| MARKWAYNE MULLIN, *et al.*, | ) | |
| *Defendants*. | ) | |

**NOTICE OF *EX PARTE* FILING**

PLEASE TAKE NOTICE that unredacted versions of the Declarations of Lauren Colgan, Caige McCabe, and Ashlie Fisch, attached hereto as Exhibits A, B, and C, have been provided to the Court for *ex parte in camera* review.

Dated: October 26, 2026

Respectfully submitted,

TODD BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

*By*:________/s/________

CHRISTIAN J. COOPER
Special Assistant United States Attorney
KIRSTIN O'CONNOR
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3831/3799
Fax: (703) 299-3983
Email: Christian.Cooper@usdoj.gov
Kirstin.O'Connor@usdoj.gov

*Counsel for Defendants*