**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MUHAMMAD NAUMAN IMAM, KHADIJAH MANSOOR, | ) | |
| *Plaintiffs*, | ) | Case No. 1:26-mc-25 (LMB/IDD) |
| v. | ) | |
| MARKWAYNE MULLIN, *et al.*, | ) | |
| *Defendants*. | ) | |

**ORDER**

Upon consideration of Defendants' Motion to for Leave to File *Ex Parte* and Under Seal three Declarations in support of Defendants' assertion of the law enforcement privilege, and the public memorandum filed in support thereof and supporting memorandum, the Court hereby

**FINDS** that public notice of the request to seal and a reasonable opportunity to challenge the request has been given; and further

**FINDS** that the targeted and limited sealing sought by Defendants is the least drastic alternative available; and further

**FINDS** that the common law and First Amendment presumptions in favor of public access to records are outweighed for the reasons set forth in Defendant's public and confidential memoranda.

Accordingly, for good cause shown, it is hereby

**ORDERED** that Defendants' motion for leave to file the Declarations *ex parte* and under seal is **GRANTED**; and it is further

**ORDERED** that the Clerk shall immediately and permanently **SEAL** the Declarations, until further Order of the Court. lmb

/s/ lmb
Leonie M. Brinkema 10/26/26
United States District Judge