# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MUHAMMAD IMAM, et al.

Plaintiffs,

v.

MARKWAYNE MULLIN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, et al.

Defendants.

Case No. 1:26-MC-00025

**Declaration of Ashlie Fisch**

I, Ashlie M. Fisch, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am employed by U.S. Customs and Border Protection (CBP), Laboratories and Scientific Services (LSS) as a Digital Forensic Analyst. As part of my duties, I provide technical assistance to CBP port personnel seeking to conduct border searches of electronic devices.

2. On October 21, 2026, LSS received a laptop computer and iPhone that had been detained at the Washington-Dulles International Airport (IAD) pursuant to CBP's border search authority and sent to LSS for technical assistance. It is my understanding that these devices – the laptop computer and iPhone – belonged to Mr. Muhammad Imam. Upon receiving the devices from CBP IAD personnel, I turned my attention to the iPhone [redacted] I then took the iPhone [redacted] into a Faraday room at the LSS Digital Forensics Laboratory in Ashburn, Virginia [redacted]

[redacted] I finished the examination of the iPhone.

3. I then turned my attention to the laptop computer. I received the laptop computer in a powered-off state. I powered on the laptop computer [redacted]

4. [redacted] I finished the examination of the laptop computer. On October 22, 2026, I returned the laptop computer and the iPhone to IAD personnel. [redacted]

5. [redacted] I have not reviewed the contents of any file stored on the Mr. Imam's laptop computer, [redacted]

Executed this 26th day of October 2026.

ASHLIE M FISCH

Digitally signed by ASHLIE M FISCH
Date: 2026.10.26 16:17:18 -04'00'

Ashlie M. Fisch
Laboratories and Scientific Services
U.S. Customs and Border Protection